AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOAQUIN BARRAGAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR2987-H

I, JOAQUIN BARRAGAN, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/1/7 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

NOV 01 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before ______________________
JUDICIAL OFFICER