# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. JOAQUIN BARRAGAN [1] 07CR2987-H

[1] []

The Honorable: RUBEN B. BROOKS

| | | | | | |
|---|---|---|---|---|---|
| Atty | ERICK GUZMAN, F.D. | for | [1] | - | PDA |
| Atty | | for | [] | - | |
| Atty | | for | [] | - | |

GVT'S ORAL MOTION TO DISMISS CASE WITHOUT PREJUDICE - GRANTED.

ALL PENDING DATES VACATED.

Date: 12/13/07

END OF FORM

by VTL