FILED

DEC 18 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 07 DEC 19 AM 9:22
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
JOAQUIN BARRAGAN
Defendant.

CASE NO. 07CR2987-H

**JUDGMENT OF DISMISSAL**
(Rule 48, F.R.Crim.P.)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: as charged in the Information .

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: DECEMBER 13, 2007

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

I have executed within ~~Judgement and Commitment~~ Judgment of dismissal on 12/18/07

United States Marshal

By: ______________
USMS Criminal Section

ENTERED ON ______________